IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANOS FARKAS, COLONY M5 TRUST, COLONY L8 TRUST, and COLONY J8 TRUST, | : : : : |
| Plaintiffs, | : : |
| vs. | : CIVIL ACTION 10-0512-CG-M : |
| SUNTRUST MORTGAGE, INC., and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., | : : : : |
| Defendants. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiffs' Motion to Remand be **DENIED** (Doc. 11)**,** that Defendants' Motion to Dismiss be **GRANTED** (Doc. 13), and that this action be **DISMISSED**.

DONE this 5th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE